1  Peter Kristofer Strojnik, SBN 242728
   pstrojnik@strojniklaw.com
2  Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone: (415) 450-0100

5
   Attorneys for Plaintiff
6  THERESA BROOKE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 8:23-cv-56 |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SKY HARBOR FULLERTON LLC, | |
| Defendants. | |

Please take notice that the case has settled. Plaintiff and Defendant, through Defendant's counsel who has not appeared, anticipate filing closing papers in one month.

DATED this 21st day of February, 2023.

/s/ *Peter Kristofer Strojnik*
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff